UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JOHNNY BERNARD DUMAS,

          Petitioner,

-vs-                                                        Case No.  6:05-cv-1615-Orl-19KRS

ATTORNEY GENERAL OF THE STATE OF
FLORIDA, SECRETARY, DEPARTMENT OF
CORRECTIONS,

          Respondents.
_____

## ORDER OF DISMISSAL

On November 3, 2005, the Court ordered Petitioner to file, within twenty days from the date of the Order, a computer printout containing all the transactions in his prisoner account for the three months preceding the filing of his petition (Doc. No. 5).  On November 28, 2005, the Court entered an Order (Doc. No. 8) allowing Petitioner an additional eleven days in which to comply.  Further, the Court notified Petitioner in both of the above-referenced Orders that the failure to comply would result in the dismissal of the action without further notice.  As of the date of this Order, Petitioner has failed to comply.

Accordingly, it is now **ORDERED AND ADJUDGED** that this case is hereby

**DISMISSED** without prejudice.  The Clerk of the Court is directed to close this case.

  **DONE AND ORDERED** at Orlando, Florida, this __13th_____ day of December, 2005.

                _____
                PATRICIA C. FAWSETT, CHIEF JUDGE
                UNITED STATES DISTRICT COURT

Copies to:
pslc  12/13
Johnny Bernard Dumas